1 **DAVID M.C. PETERSON**
California Bar No. 254498
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone:   (619) 234-8467
4 Facsimile:   (619) 687-2666
Email:          David_Peterson@fd.org
5

6 Attorneys for Defendant

7

8                                 UNITED STATES DISTRICT COURT

9                                SOUTHERN DISTRICT OF CALIFORNIA

10                                **(HONORABLE BARBARA L. MAJOR)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ2575 |
| 12              Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| | ) | **AS LEAD COUNSEL** |
| 14 CESAR GUTIERREZ-VALCAZAR, | ) | |
| 15              Defendant. | ) | |

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 lead attorney in the above-captioned case.

20                                                                    Respectfully submitted,

22 Dated:  August 25, 2008                          */s/ DAVID M. C. PETERSON*
                                                                    DAVID M.C. PETERSON
23                                                                 Federal Defenders of San Diego, Inc.
                                                                    Attorneys for Defendant
24                                                                 David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  August 25, 2008            /s/ *DAVID M. C. PETERSON*
　　　　　　　　　　　　　　　　　DAVID M.C. PETERSON
　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　San Diego, CA  92101-5030
　　　　　　　　　　　　　　　　　(619) 234-8467  (tel)
　　　　　　　　　　　　　　　　　(619) 687-2666  (fax)
　　　　　　　　　　　　　　　　　David_Peterson@fd.org (email)